**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ROGER QUINN, | No. 20-36070 |
| Plaintiff-Appellant, | D.C. No. 1:20-cv-00291-DCN |
| v. | |
| JOANNE KIBODEAUX, | MEMORANDUM* |
| Defendant-Appellee. | |

Appeal from the United States District Court
for the District of Idaho
David C. Nye, District Judge, Presiding

Submitted February 17, 2021**

Before:    FERNANDEZ, BYBEE and BADE, Circuit Judges.

Roger Quinn appeals pro se from the district court's judgment dismissing his

42 U.S.C. § 1983 action alleging claims related to a family court proceeding.  We

have jurisdiction under 28 U.S.C. § 1291.  We review de novo the application of

abstention under *Younger v. Harris*, 401 U.S. 37 (1971).  *ReadyLink Healthcare,*

---

\*        This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

\*\*        The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

*Inc. v. State Comp. Ins. Fund*, 754 F.3d 754, 758 (9th Cir. 2014).  We affirm.

The district court properly dismissed Quinn's action as barred under the *Younger* abstention doctrine because federal courts are required to abstain from interfering with pending state court proceedings where "the federal action would have the practical effect of enjoining the state proceedings."  *Id*. at 758-59 (setting forth requirements for *Younger* abstention in civil cases, and explaining that "the date for determining whether *Younger* applies is the date the federal action is filed" (citation and internal quotation marks omitted)); *H.C. ex rel. Gordon v. Koppel*, 203 F.3d 610, 612-14 (9th Cir. 2000) (explaining that *Younger* abstention is appropriate where federal action seeks to challenge ongoing state child custody proceedings).

Quinn's motion for temporary injunction pending appeal (Docket Entry Nos. 9 and 10) is denied.

**AFFIRMED.**

20-36070